UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RICHARD MOREY,                              )   No. 2:11-cv-2575 DAD
                                            )
        Plaintiff,                          )   ORDER AWARDING ATTORNEY'S
                                            )   FEES AND COSTS PURSUANT
    v.                                      )   TO THE EQUAL ACCESS TO JUSTICE
                                            )   ACT, 28 U.S.C. § 2412(d), AND
                                            )   COURT COSTS PURSUANT TO
MICHAEL J. ASTRUE,  COMMISSIONER )               28 U.S.C. § 1920
OF SOCIAL SECURITY,                         )
                                            )
        Defendant.                          )
_____ )

            Pursuant to the parties' Stipulation for Award of EAJA Fees ("Stipulation"), filed

May 3, 2013, (Doc. No. 19), IT IS ORDERED that Plaintiff is awarded attorney fees under the

Equal Access to Justice Act in the amount of SEVEN-THOUSAND DOLLARS and NO CENTS

($7,000.00), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of THREE-

HUNDRED FIFTY DOLLARS and NO CENTS ($350.00) pursuant to 28 U.S.C. § 1920, subject

to the terms of the parties' Stipulation.

DATED: May 21, 2013.


_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
morey2575.stipord.atty.fee.wpd

1